# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: Subpoena No. IM-24-059488 | ) **ORDER** <br> ) <br> ) Case No. 1:23-mj-658 |

The court previously ordered that this matter would remain under seal pending further order. (Doc. No. 2). The court now **ORDERS** that this matter shall remain under seal until June 24, 2024, at which time this matter shall be unsealed by the Clerk's office without further order of the court.

Dated this 29th day of May, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court